**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT CHARLESTON**

UNITED STATES OF AMERICA,

v.

CRIMINAL ACTION NO. 2:22-cr-00170

MARK CLARKSON

**MEMORANDUM OPINION AND ORDER**

Pending is Defendant Mark Clarkson's Letter-Form Motion for Early Termination of Probation, filed August 7, 2026. [Doc. 38]. The United States does not oppose the Motion.

**I.**

On July 13, 2023, following his guilty plea to adulteration or misbranding of any food or drug in violation of 21 U.S.C. §§ 331(a) and 333(a)(1) and 18 U.S.C. 2, Defendant Mark Clarkson was sentenced to five (5) years of probation, with a special condition that the first three (3) months be served on home detention. [Doc. 28]. Mr. Clarkson began serving his term of probation on July 13, 2023. He now moves for early termination of his probation inasmuch as he has maintained compliance while on supervision, satisfied all monetary penalties, maintained stable familial relationships, and is a low-risk classification.

The Probation Officer notes Mr. Clarkson's positive and cooperative attitude while on supervision. In addition, he has paid the special assessment, satisfied all monetary penalties, and remained compliant with all other conditions of probation. Mr. Clarkson was also transferred to the low-intensity supervision caseload given his consistent compliance. The Probation Officer thus reports that Mr. Clarkson meets the criteria established by the Administrative Office of the

United States Courts for early termination of probation. As noted, the United States does not oppose Mr. Clarkson's Motion [Doc. 38].

**II.**

Pursuant to 18 U.S.C. § 3564(c), a court may, after consideration of the applicable Section 3553(a) factors, "terminate a term of probation previously ordered and discharge the defendant . . . at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c); *see also United States v. Pregent*, 190 F.3d 279, 283 (4th Cir. 1999) (discussing early termination in the context of 18 U.S.C. § 3583(e)).

After careful consideration of the applicable Section 3553(a) factors, Mr. Clarkson qualifies for early termination. He has completed approximately three years and one month of his probation term without incident and has demonstrated his dedication to maintaining a law-abiding lifestyle. The Court **FINDS** that Mr. Clarkson's conduct and the interests of justice warrant early termination of his probation.

**III.**

Accordingly, the Court **GRANTS** the Motion [**Doc. 38**] and **TERMINATES** Mark Clarkson's term of probation.

The Clerk is **DIRECTED** to send a copy of this written opinion and order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: August 21, 2026

Frank W. Volk
Chief United States District Judge